# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                              Case No.: 1:20–cr–00629
                                                                           Honorable Mary M. Rowland

Obaidullah Syed, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 4, 2022:

      MINUTE entry before the Honorable Mary M. Rowland as to Obaidullah Syed: By agreement of the parties, in person sentencing set for 5/11/22 is stricken and reset to 5/17/22 at 11:00 AM. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.